IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3130 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS ZAVALA, | ) | |
| | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |
| | ) | |

    A hearing was held before me November 29, 2007 on allegations made in the petition for action on conditions of pretrial release. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of the petition are true.

    Regarding disposition, the government sought detention. The defendant urged a continuation of the present conditions of release with the additional conditions of house arrest and electronic monitoring. Upon consideration of the matter, I conclude that detention is appropriate until defendant can find a structured living environment such as a halfway house, combined with intensive outpatient treatment at his own expense. Until such a plan can be arranged, he should be detained. Accordingly,

    IT THEREFORE HEREBY IS ORDERED:

    1. The previous order releasing the defendant on conditions, filing 13, is revoked. Defendant shall be detained until further order.

    DATED November 29, 2007

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge