IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JESUS E. ZAVALA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The government's request for hearing (filing 82) is granted.

(2)  A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 76) has been set before the undersigned United States district judge on Tuesday, March 30, 2010, at 12:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)  The United States Marshal is directed to return the defendant to the district for the hearing.

Dated March 16, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge